THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER MOSELY, | : |
| Plaintiff, | : |
| v. | : Civil Action<br>: No. 5:09-cv-11 (CAR) |
| AUBREY JONES, Unit Mgr. JORDAN,<br>GEORGIA DEPT OF CORRECTIONS,<br>and BALDWIN STATE PRISON, | : |
| Defendants. | : |

ORDER ON RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 5] that the Court dismiss Plaintiff's claims against Defendants GEORGIA DEPARTMENT OF CORRECTIONS and BALDWIN STATE PRISON. No objection has been filed. Upon review of the Recommendation and the record in this case, the Court agrees with the conclusions of the United States Magistrate Judge, and the Recommendation is hereby **ADOPTED** and made the Order of the Court. In accordance with that Recommendation, the above-named Defendants are hereby **DISMISSED** as parties in this case. The remaining Defendants will remain in the case.

It is SO ORDERED this 8th day of June, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw