THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHRISTOPHER MOSELY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action |
| : | No. 5:09-cv-11 (CAR) |
| **AUBREY JONES,** *et al.***,** : | |
| : | |
| Defendants. : | |
| : | |
| _____ : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge (Doc. 21) that Plaintiff's claims be dismissed for failure to prosecute. The Court's docket shows that mail addressed to Plaintiff has been returned as undeliverable. The Magistrate Judge has investigated and determined that Plaintiff has been released from prison, but Plaintiff has failed to keep the Court and other parties advised of his new address, as he was ordered to do. In light of Plaintiff's failure to prosecute his case, the Recommendation of the United States Magistrate Judge is hereby **ADOPTED** and made the order of the Court. For the reasons set forth in the Recommendation, Plaintiff's Complaint is **DISMISSED**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

It is SO ORDERED this 20th day of October, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw

1